UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMAD B. NURRIDDIN

    Plaintiff,

      v.

DANIEL GOLDIN, in his official capacity
as Administrator, National Aeronautics
and Space Administration

    Defendant.

Civil Action No.  99-3401 (JDB)

## ORDER

Upon consideration of defendant's motions for summary judgment and leave to amend its

Answer, plaintiff's motion for leave to file a Surreply, the memoranda of the parties and the

entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is

this 17th day of August, 2005, hereby

    **ORDERED** that plaintiff's motion for leave to file a Surreply is **GRANTED**; it is further

    **ORDERED** that defendant's motion for leave to file an Amended Answer is

**GRANTED**; and it is further

    **ORDERED** that defendant's motion for summary judgment is **GRANTED**, and

judgment is entered for defendant.

                        /s/ John D. Bates
                        JOHN D. BATES
                   United States District Judge

Copies to:

Ahmad B. Nurriddin
740 Sixth Street, Southwest
Room 312
Washington, D.C.  20024
202-488-0739  (telephone)
        *Plaintiff*

Heather D. Graham-Oliver
Assistant United States Attorney United States Attorney's Office for the District of Columbia
555 Fourth Street, Northwest
Washington, D.C.  20001
202-305-1334  (telephone)
E-mail:  heather,graham-oliver@usdoj.gov
        *Counsel for Defendant*